UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


People's United Bank

   v.                                         Civil No. 11-cv-393-LM

Mountain Home Developers of
Sunapee, LLC, et al.


**NOTICE OF RULING**

    Re:  Document No. 18, Motion to Compel

    Ruling: There being no objection to the portion of the motion requesting the court to order fees, the motion (doc. no. 18) is granted.  Plaintiff is ordered to provide a detailed statement of its costs and fees related to the motion to compel within ten (10) days.  Within ten (10) days thereafter, defendants shall pay these costs and fees.  Should defendants dispute the reasonableness of the plaintiff's statement of costs and fees, defendants shall request a hearing thereon.  Such hearing may only be requested after defendants have attempted in good faith to resolve any such dispute with opposing counsel.

                                                    _____
                                                    Landya McCafferty
                                                    United States Magistrate Judge

Date: March 29, 2012

cc: Daniel Luker, Esq.
    Michael Brendan Doherty, Esq.
    Conrad WP Casdadden, Esq.
    Paul R. Kfoury, Sr., Esq.