UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Bad Paper, LLC

    v.                                                Civil No. 11-cv-393-LM

Mountain Home Developers
of Sunapee, LLC, et al.

**O R D E R**

TO:  Defendants Dana Michael Stevens, Charles Terry Finch, and Bardon Flanders

The clerk's order dated August 9, 2012, directed defendants Dana Michael Stevens, Charles Terry Finch, and Bardon Flanders to secure counsel, or in the alternative, to appear pro se (without counsel) on or before August 29, 2012. No appearance has been filed. Defendants shall comply with the clerk's order on or before September 20, 2012. Any defendant who does not file an appearance by September 20, 2012, will be defaulted.

    SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

September 6, 2012

cc:    Biron L. Bedard, Esq.
       Shawn J. Sullivan, Esq.
       Paul Kfoury, Sr., Esq.

```
Conrad WP Cascadden, Esq.
Robert Flanders, pro se
Mountain Home Developers of Sunapee, LLC
Dana Michael Stevens
Charles Terry Finch
Bardon Flanders
```