UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Bad Paper, LLC

    v.                                        Civil No. 11-cv-393-LM

Mountain Home Developers
of Sunapee, LLC, et al.


**O R D E R**

TO: Defendant, Mountain Home Developers of Sunapee, LLC

The clerk's order dated August 9, 2012, directed defendant Mountain Home Developers of Sunapee to secure counsel to file an appearance on its behalf on or before August 29, 2012. No attorney has filed an appearance. Defendant shall comply with the clerk's order on or before September 20, 2012. If no appearance is filed by September 20, 2012, the defendant will be defaulted.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

September 6, 2012

cc:    Biron L. Bedard, Esq.
       Shawn J. Sullivan, Esq.
       Mountain Home Developers of Sunapee, LLC