UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Bad Paper, LLC

    v.                                  Civil No. 11-cv-393-LM

Charles Terry Finch, et al.

O R D E R

On today's date a status conference was held via telephone. Attorney Biron L. Bedard appeared for plaintiff; Attorneys Jamie N. Hage and Kathleen A. Davidson appeared for defendants Charles Terry Finch, Robert Flanders and Bardon Flanders; and Attorney Shawn J. Sullivan appeared for defendants Gary Williams and Gina Williams.

Counsel are actively discussing a possible stipulation on the one remaining issue in the case: damages. To the extent they cannot reach agreement, they intend to pursue mediation. If mediation is unsuccessful, they anticipate needing no more than a one-day bench trial on damages. On or before August 11, 2013, the parties shall notify the court whether a damages hearing will be necessary. If a damages hearing is necessary, it will occur on October 30, 2013. That date is firm. A

briefing schedule will be ordered (in consultation with counsel) following notification that a damages hearing is necessary.

    SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

June 12, 2013

cc:  Biron L. Bedard, Esq.
     Kathleen A. Davidson, Esq.
     Jamie N. Hage, Esq.
     Shawn J. Sullivan, Esq.